THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED 
 ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals
 
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Ervin Lopez, Appellant.
 
 
 

Appeal From Richland County
  James C. Williams, Jr., Circuit Court Judge

Unpublished Opinion No. 2004-UP-306
 Submitted February 20, 2004  Filed May 6, 2004

APPEAL DISMISSED

 
 
 
 
 Assistant Appellate Defender Aileen P. Clare, Office of Appellate Defense, 
 of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General 
 John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; snd Solicitor Warren Blair Giese, of Columbia, for 
 Respondent.
 
 
 

PER CURIAM:  Ervin Lopez was convicted of strong-arm robbery, assault 
 and battery of a high and aggravated nature (ABHAN), attempted grand larceny 
 of a motor vehicle, and kidnapping.  He was sentenced to fifteen years imprisonment 
 for strong-arm robbery, ten years imprisonment for ABHAN, five years imprisonment 
 for attempted grand larceny, and life without parole for kidnapping, the sentences 
 to run consecutively.  Pursuant to Anders v. California, 386 U.S. 738 
 (1967), Lopezs counsel attached a petition to be relieved as counsel.  Lopez 
 filed a pro se response. 
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Lopezs appeal and grant counsels petition 
 to be relieved.
APPEAL DISMISSED. [1] 
GOOLSBY, HOWARD, and KITTREDGE, JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving 
 any issue on appeal, we decide this case without oral argument pursuant to 
 Rule 215 and 220(b)(2), SCACR.